## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| ) | |
| v. ) | No. 08-20160-08-KHV |
| ) | |
| FRANCISCO PEREA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's <u>Request For Expedited Ruling On Pending Charges</u> (Doc. #501) filed October 1, 2019. Defendant asks to dismiss "pending charges of driving while license suspended, no insurance and illegal turn or run [the sentence on those charges] concurrently with 292 month federal term." <u>Id.</u> at 1. The caption of the document and the nature of defendant's request indicates that he intended to file the document in state court. Accordingly, defendant's <u>Request For Expedited Ruling On Pending Charges</u> (Doc. #501) filed October 1, 2019 is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 8th day of October, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
