IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                              **Plaintiff,**    )<br>                                                              )           CRIMINAL ACTION<br>v.                                                         )<br>                                                              )           No. 08-20160-08-KHV<br>FRANCISCO PEREA,                          )<br>                                                              )<br>                              **Defendant.**  )<br>_____) | |

**MEMORANDUM AND ORDER**

On April 20, 2010, the Court sentenced defendant to 292 months in prison. For substantially the reasons stated in defendant's pro se Motion For Compassionate Release Under First Step Act, 2018 (Doc. #549) filed April 3, 2023 and defendant's Unopposed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #559) filed May 31, 2023, the Court sustains defendant's motions. Under 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduces defendant's sentence of 292 months in prison to time served. Defendant shall remain subject to his standard term of supervised release of five years, which will begin immediately on his release.

**IT IS THEREFORE ORDERED** that defendant's pro se Motion For Compassionate Release Under First Step Act, 2018 (Doc. #549) filed April 3, 2023 and defendant's Unopposed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #559) filed May 31, 2023 are **SUSTAINED**. **The Court reduces defendant's sentence of 292 months in prison to TIME SERVED.** Except as modified above, all other terms and conditions of the Judgment In A Criminal Case (Doc. #303) filed April 26, 2010 shall remain in effect.

Dated this 2nd day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
